# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McDermott, John E. | District Court - Los Angeles | 06/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge(FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
831 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | Howrey LLP Retirement Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Deloitte compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo, various accounts | B | Interest | M | T | | | | | |
| 2. Bank of America, various accounts | A | Interest | K | T | | | | | |
| 3. JP Morgan Chase, account | A | Interest | J | T | | | | | |
| 4. California Bank, account | C | Interest | N | T | | | | | |
| 5. Bank of the West, accounts | A | Interest | N | T | Open | 11/01/10 | N | | |
| 6. Deloitte, capital account | | None | O | T | | | | | |
| 7. Next Gen College Inv. Plan(Maine 529 Savings Plan, cash acc | C | Interest | M | T | | | | | |
| 8. Prudential Insurance, whole life | | None | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Howrey LLP Retirement Plan, no control | | None | | | Sold | 11/08/11 | O | | |
| 11. Symetra Inv Services 403b, cash account | C | Interest | M | T | | | | | |
| 12. Western National Life Insurance company, IRA | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. Mutual Funds: | | | | | | | | | |
| 15. Vanguard Balanced Index Fund | E | Int./Div. | | | Sold | 07/14/11 | N | | |
| 16. Vanguard Long Term Inv. Grade Fund, Inv. Shares | B | Int./Div. | | | Sold | 07/14/11 | K | | |
| 17. Vanguard Asset Allocation Fund | C | Int./Div. | | | Sold | 07/14/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Prime Cap Fund | B | Int./Div. | | | Sold | 07/14/11 | K | | |
| 19. Vanguard Growth & Inc Fund | C | Int./Div. | | | Sold | 07/14/11 | L | | |
| 20. Vanguard Prime Money Market Fund Inst. | B | Int./Div. | | | Sold (part) | 8/10/11 | O | | |
| 21. | | | | | Sold | 11/14/11 | O | | |
| 22. Vanguard Wellesley Income Fund Inv. | B | Int./Div. | | | Sold | 11/14/11 | K | | |
| 23. Pimco Total Return Fund,Administrative Shares | D | Int./Div. | | | Sold | 07/14/11 | M | | |
| 24. Ret. Svgs Tr. IV, Hueler Stable Value Pooled Indx,no cntrl | C | Int./Div. | | | Sold | 07/14/11 | M | | |
| 25. Aim Lg Cap Growth Inv | C | Int./Div. | | | Sold | 07/14/11 | L | | |
| 26. | | | | | | | | | |
| 27. Note Receivable from Brandon Martinez | A | Interest | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Goldman Sachs Fin Sq MMF #474 | D | Interest | P1 | T | Buy | 7/18/11 | N | | |
| 30. | | | | | Buy (add'l) | 7/19/11 | O | | |
| 31. | | | | | Buy (add'l) | 7/20/11 | O | | |
| 32. | | | | | Buy (add'l) | 8/01/11 | J | | |
| 33. | | | | | Sold (part) | 8/01/11 | L | | |
| 34. | | | | | Sold (part) | 8/02/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 8/03/11 | K | | |
| 36. | | | | | Buy (add'l) | 8/05/11 | N | | |
| 37. | | | | | Buy (add'l) | 8/10/11 | O | | |
| 38. | | | | | Sold (part) | 8/11/11 | N | | |
| 39. | | | | | Sold (part) | 8/12/11 | M | | |
| 40. | | | | | Sold (part) | 8/15/11 | J | | |
| 41. | | | | | Buy (add'l) | 8/19/11 | J | | |
| 42. | | | | | Buy (add'l) | 9/01/11 | J | | |
| 43. | | | | | Buy (add'l) | 9/02/11 | J | | |
| 44. | | | | | Buy (add'l) | 9/06/11 | J | | |
| 45. | | | | | Buy (add'l) | 9/08/11 | J | | |
| 46. | | | | | Buy (add'l) | 9//09/11 | J | | |
| 47. | | | | | Buy (add'l) | 9/12/11 | J | | |
| 48. | | | | | Buy (add'l) | 9/15/11 | J | | |
| 49. | | | | | Sold (part) | 9/15/11 | J | | |
| 50. | | | | | Buy (add'l) | 9/16/11 | J | | |
| 51. | | | | | Buy (add'l) | 9/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 9/29/11 | J | | |
| 53. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 54. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 55. | | | | | Buy (add'l) | 10/04/11 | J | | |
| 56. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 57. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 58. | | | | | Buy (add'l) | 10/13/11 | L | | |
| 59. | | | | | Sold (part) | 10/13/11 | J | | |
| 60. | | | | | Buy (add'l) | 10/14/11 | J | | |
| 61. | | | | | Sold (part) | 10/14/11 | J | | |
| 62. | | | | | Sold (part) | 10/17/11 | J | | |
| 63. | | | | | Sold (part) | 10/18/11 | O | | |
| 64. | | | | | Buy (add'l) | 10/20/11 | N | | |
| 65. | | | | | Sold (part) | 10/25/11 | M | | |
| 66. | | | | | Buy (add'l) | 10/26/11 | J | | |
| 67. | | | | | Sold (part) | 10/27/11 | M | | |
| 68. | | | | | Buy (add'l) | 10/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 70. | | | | | Buy (add'l) | 11/02/11 | J | | |
| 71. | | | | | Buy (add'l) | 11/03/11 | J | | |
| 72. | | | | | Sold (part) | 11/08/11 | N | | |
| 73. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 74. | | | | | Sold (part) | 11/09/11 | K | | |
| 75. | | | | | Buy (add'l) | 11/14/11 | O | | |
| 76. | | | | | Buy (add'l) | 11/15/11 | J | | |
| 77. | | | | | Sold (part) | 11/15/11 | J | | |
| 78. | | | | | Buy (add'l) | 11/16/11 | O | | |
| 79. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 80. | | | | | Buy (add'l) | 11/22/11 | J | | |
| 81. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 82. | | | | | Buy (add'l) | 12/01/11 | J | | |
| 83. | | | | | Buy (add'l) | 12/02/11 | J | | |
| 84. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 85. | | | | | Buy (add'l) | 12/09/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 87. | | | | | Buy (add'l) | 12/14/11 | J | | |
| 88. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 89. | | | | | Sold (part) | 12/15/11 | J | | |
| 90. | | | | | Buy (add'l) | 12/16/11 | J | | |
| 91. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 92. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 93. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 94. | | | | | Buy (add'l) | 12/27/11 | J | | |
| 95. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 96. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 97. AFLAC Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 98. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 99. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 100. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 101. AES Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 102. | | | | | Buy (add'l) | 8/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 104. | | | | | Sold | 10/17/11 | J | | |
| 105. AT&T Inc Com | A | Int./Div. | | | Buy | 8/02/11 | J | | |
| 106. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 107. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 108. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 109. Abbott Laboratories Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 110. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 111. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 112. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 113. Altera Corp com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 114. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 115. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 116. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 117. American Elec Pwr Inc Com | A | Int./Div. | J | T | Buy | 10/17/11 | J | | |
| 118. American Tower Corp Cl A | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 119. | | | | | Buy (add'l) | 8/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 121. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 122.  Apache Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 123. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 124. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 125. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 126.  Apple Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 127. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 128. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 129. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 130.  Baker Hughes Inc com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 131. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 132. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 133. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 134.  Biogen IDEC Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 135. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 136. | | | | | Buy (add'l) | 8/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 138. CVS Caremark Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 139. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 140. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 141. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 142. Carnival Corporation | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 143. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 144. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 145. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 146. Celgene Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 147. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 148. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 149. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 150. Cisco Sys Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 151. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 152. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 153. | | | | | Buy (add'l) | 11/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Cliffs Natural Resources Inc Com | A | Int./Div. | J | T | Buy | 10/17/11 | J | | |
| 155.  Coach Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 156. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 157. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 158. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 159.  Cognizant Tech Solutions Crp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 160. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 161. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 162. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 163.  Comcast Corp Cl A | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 164. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 165. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 166. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 167.  Crown Castle Towers LLC Sr Sec Nt | A | Interest | M | T | Buy | 10/25/11 | L | | |
| 168.  Danaher Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 169. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 170. | | | | | Buy (add'l) | 8/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 172.  Diamond Offshore Drilling Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 173. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 174. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 175. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 176.  Directv Com Cl A | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 177. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 178. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 179. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 180.  Du Pont E I De Nemours & Co Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 181. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 182. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 183. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 184.  EMC Corp Mass Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 185. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 186. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 187. | | | | | Buy (add'l) | 11/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Ecolab Inc Com | A | Int./Div. | | | Buy | 8/02/11 | J | | |
| 189. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 190. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 191. | | | | | Sold | | J | | |
| 192.  Emerson Elec Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 193. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 194. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 195. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 196.  Express Scripts Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 197. | | | | | Buy (add'l) | 8/03/12 | J | | |
| 198. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 199. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 200.  Exxon Mobil Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 201. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 202. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 203. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 204.  Federal Natl Mtg Assn Gtd Passthru CTF Pool | B | Interest | N | T | Buy | 10/18/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Fedex Corp Com | A | Int./Div. | | | Buy | 8/02/11 | J | | |
| 206. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 207. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 208. | | | | | Sold | 10/17/11 | J | | |
| 209. F5 Networks Inc Com | A | Int./Div. | J | T | Buy | 10/17/11 | J | | |
| 210. Fifth Third Bacorp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 211. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 212. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 213. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 214. Flowserve Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 215. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 216. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 217. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 218. Federated Instl High Yield Bond Fund | C | Interest | M | T | Buy | 8/01/11 | J | | |
| 219. | | | | | Buy (add'l) | 8/02/11 | K | | |
| 220. | | | | | Buy (add'l) | 8/11/11 | L | | |
| 221. | | | | | Buy (add'l) | 10/13/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 11/08/11 | M | | |
| 223. Forward Frontier Strategy Fund | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 224. Forward Strategic Alternatives Fund Instl | A | Int./Div. | K | T | Buy | 8/01/11 | J | | |
| 225. | | | | | Buy (add'l) | 8/02/11 | K | | |
| 226. | | | | | Buy (add'l) | 8/11/11 | K | | |
| 227. | | | | | Buy (add'l) | 11/08/11 | J | | |
| 228. Forward Extended Market Plus Fund | A | Int./Div. | K | T | Buy | 8/01/11 | J | | |
| 229. | | | | | Buy (add'l) | 8/02/11 | K | | |
| 230. | | | | | Buy (add'l) | 8/11/11 | K | | |
| 231. | | | | | Buy (add'l) | 11/08/11 | J | | |
| 232. General Electric Co Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 233. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 234. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 235. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 236. General Electric Cap Corp Glbl Sb | A | Interest | L | T | Buy | 10/18/11 | L | | |
| 237. General Mills Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 238. | | | | | Buy (add'l) | 08/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 240. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 241.  Gilead Sciences Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 242. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 243. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 244. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 245.  Goldman Sachs Group Inc Com | A | Int./Div. | | | Buy | 8/02/11 | J | | |
| 246. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 247. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 248. | | | | | Sold | 11/09/11 | J | | |
| 249.  Google Inc Cl A | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 250. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 251. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 252.  Hartford Floating Rate Fund | B | Interest | M | T | Buy | 08/01/11 | J | | |
| 253. | | | | | Buy (add'l) | 8/02/11 | L | | |
| 254. | | | | | Buy (add'l) | 8/11/11 | L | | |
| 255. | | | | | Buy (add'l) | 11/08/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Hewlett Packard Co Com | A | Int./Div. | | | Buy | 8/02/11 | J | | |
| 257. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 258. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 259. | | | | | Sold | 10/17/11 | J | | |
| 260. Intel Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 261. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 262. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 263. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 264. Intercontinentalexchange Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 265. | | | | | Buy (add'l) | 8/03/12 | J | | |
| 266. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 267. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 268. Invesco LTD | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 269. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 270. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 271. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 272. JP Morgan Chase & CoSr Nt | A | Interest | M | T | Buy | 10/25/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. JP Morgan Emerging Makets Equity Fund | A | Int./Div. | L | T | Buy | 8/01/11 | J | | |
| 274. | | | | | Buy (add'l) | 8/02/11 | J | | |
| 275. | | | | | Buy (add'l) | 8/11/11 | K | | |
| 276. | | | | | Buy (add'l) | 11/08/11 | J | | |
| 277. JP Morgan Mortgage Backed Securities Fund | A | Interest | | | Buy | 8/01/11 | J | | |
| 278. | | | | | Buy (add'l) | 8/02/11 | L | | |
| 279. | | | | | Buy (add'l) | 8/11/11 | L | | |
| 280. | | | | | Sold | 10/13/11 | M | | |
| 281. Jacobs Engr Group Inc Com | A | Int./Div. | | | Buy | 8/02/11 | J | | |
| 282. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 283. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 284. | | | | | Sold | 10/17/11 | J | | |
| 285. Johnson Ctls Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 286. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 287. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 288. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 289. Johnson Controls Inc Sr Nt | A | Int./Div. | L | T | Buy | 10/27/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Mfs Institutional Equity Fd | A | Int./Div. | K | T | Buy | 8/01/11 | J | | |
| 291. | | | | | Buy (add'l) | 8/02/11 | K | | |
| 292. | | | | | Buy (add'l) | 8/11/11 | K | | |
| 293. | | | | | Buy (add'l) | | J | | |
| 294.  Mfs Intl New Discovery Fund | A | Int./Div. | J | T | Buy | 8/01/11 | J | | |
| 295. | | | | | Buy (add'l) | 8/02/11 | J | | |
| 296. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 297. | | | | | Buy (add'l) | 11/08/11 | J | | |
| 298.  Mastercard Inc Cl A | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 299. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 300. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 301.  McKesson Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 302. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 303. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 304. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 305.  Medtronic Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 306. | | | | | Buy (add'l) | 8/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 308. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 309. Murphy Oil Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 310. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 311. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 312. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 313. Mylan Labs Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 314. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 315. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 316. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 317. National Oilwell Varco Inc | | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 318. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 319. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 320. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 321. Nextera Energy Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 322. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 323. | | | | | Buy (add'l) | 8/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 325. Nordstrom Inc Sr nt | | | | | Buy | 10/17/11 | L | | |
| 326. Norfolk Southn Corp Com | A | Int./Div. | J | T | Buy (add'l) | 10/17/11 | J | | |
| 327. Occidental Pete Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 328. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 329. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 330. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 331. Oracle Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 332. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 333. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 334. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 335. Pall Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 336. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 337. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 338. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 339. Pepsico Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 340. | | | | | Buy (add'l) | 8/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 342. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 343. Philip Morris Intl Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 344. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 345. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 346. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 347. Pimco Emerging Local Bond Fund | B | Interest | M | T | Buy | 8/01/11 | J | | |
| 348. | | | | | Buy (add'l) | 8/02/11 | K | | |
| 349. | | | | | Buy (add'l) | 8/11/11 | J | | |
| 350. | | | | | Buy (add'l) | 10/13/11 | L | | |
| 351. | | | | | Buy (add'l) | 11/08/11 | L | | |
| 352. Precision Cast Parts Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 353. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 354. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 355. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 356. Procter & Gamble Co Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 357. | | | | | Buy (add'l) | 8/03/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 359. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 360. Prudential Finl Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 361. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 362. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 363. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 364. Smucker J M Co Sr Nt | A | Interest | L | T | Buy | 10/27/11 | L | | |
| 365. Suntrust Bks Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 366. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 367. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 368. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 369. Target Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 370. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 371. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 372. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 373. United Technologies Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 374. | | | | | Buy (add'l) | 8/03/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 376. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 377. Wal Mart Stores Inc Com | | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 378. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 379. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 380. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 381. Waters Corp Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 382. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 383. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 384. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 385. Wellpoint Inc Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 386. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 387. | | | | | Buy (add'l) | 8/12/11 | J | | |
| 388. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 389. Wells Fargo & Co New Com | A | Int./Div. | J | T | Buy | 8/02/11 | J | | |
| 390. | | | | | Buy (add'l) | 8/03/11 | J | | |
| 391. | | | | | Buy (add'l) | 8/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 393. Vanguard Inter Term Corp Fd Adm | A | Interest | | | Buy | 8/01/11 | K | | |
| 394. | | | | | Buy (add'l) | 8/02/11 | L | | |
| 395. | | | | | Buy (add'l) | 8/11/11 | L | | |
| 396. | | | | | Sold | 10/13/11 | M | | |
| 397. | | | | | | | | | |
| 398. | | | | | | | | | |
| 399. | | | | | | | | | |
| 400. | | | | | | | | | |
| 401. | | | | | | | | | |
| 402. | | | | | | | | | |
| 403. | | | | | | | | | |
| 404. | | | | | | | | | |
| 405. | | | | | | | | | |
| 406. | | | | | | | | | |
| 407. | | | | | | | | | |
| 408. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | | | | | |
| 410. | | | | | | | | | |
| 411. | | | | | | | | | |
| 412. | | | | | | | | | |
| 413. | | | | | | | | | |
| 414. | | | | | | | | | |
| 415. | | | | | | | | | |
| 416. | | | | | | | | | |
| 417. | | | | | | | | | |
| 418. | | | | | | | | | |
| 419. | | | | | | | | | |
| 420. | | | | | | | | | |
| 421. | | | | | | | | | |
| 422. | | | | | | | | | |
| 423. | | | | | | | | | |
| 424. | | | | | | | | | |
| 425. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | | | | | |
| 427. | | | | | | | | | |
| 428. | | | | | | | | | |
| 429. | | | | | | | | | |
| 430. | | | | | | | | | |
| 431. | | | | | | | | | |
| 432. | | | | | | | | | |
| 433. | | | | | | | | | |
| 434. | | | | | | | | | |
| 435. | | | | | | | | | |
| 436. | | | | | | | | | |
| 437. | | | | | | | | | |
| 438. | | | | | | | | | |
| 439. | | | | | | | | | |
| 440. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII :       vested in annuity after 10 years and on retirement in 2011 took it as a lump sum, which is reflected in line 36 of Part VII

| Name of Person Reporting | Date of Report |
|---|---|
| McDermott, John E. | 06/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. McDermott**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544